SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>JORGE LEYVA, et. al.,<br><br><br>Defendants | Case No.: CIV.S 08-cv-01833-FCD-EFB<br><br>**STIPULATED DISMISSAL OF LAWSON ADAMS AND JOAN W. ADAMS; ORDER**<br><br><br>Complaint Filed: AUGUST 7, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Lawson Adams; Joan W. Adams) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Lawson Adams; Joan W. Adams) are dismissed because Plaintiff and Defendants have settled their dispute.

Dated: February 5, 2009                    /s/Scott N. Johnson_____
                                           SCOTT N. JOHNSON
                                           Attorney for Plaintiff

1

STIPULATED DISMISSAL and ORDER                              CIV: S-08-01833-FCD-EFB

1
2   Dated: February 5, 2009                    /a/Cris C. Vaughan
3                                              CRIS C. VAUGHAN
                                               Attorney for Defendants
4                                              LAWSON ADAMS;
                                               JOAN W. ADAMS
5

6        **IT IS SO ORDERED**.

7

8   Dated:  February 13, 2009
                                               _____
9                                              FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28