SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>JORGE LEYVA, et. al.,<br><br>    Defendants. | Case No.: CIV.S 08-cv-01833-FCD-EFB<br><br>**ORDER FOR DISMISSAL OF DEFENDANT JORGE LEYVA ONLY WITHOUT PREJUDICE**<br><br>Complaint Filed:  AUGUST 7, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant, Jorge Leyva, be and is hereby dismissed **WITHOUT** prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Defendants Lawson Adams and Joan Adams were terminated WITH prejudice on February 13, 2009.  This case is to be remained open with the only remaining Defendant, Coong Gac Chu, who is currently in default.

Dated:  August 12, 2009            /s/Scott N. Johnson_____
                                   SCOTT N. JOHNSON
                                   Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: August 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE